**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**BESSIE MAE BURGESS
and HOSIE BURGESS, Individually,
and on behalf of their son,
Hosie Burgess, Jr.,**

**Plaintiffs,**

**v.**

**THE CITY OF ALTON, DONALD E.
SANDRIDGE, CHRIS SULLIVAN,
ROGER WEST, JASON SIMMONS,
GARY CRANMER, and TIMOTHY
BOTTERBUSH, In their Individual
and Official Capacities,**

**Defendants.**                                    **No. 06-CV-0670-DRH**

**<u>ORDER</u>**

**HERNDON, District Judge:**

> Now before the Court is Plaintiffs' motion to strike the Defendants' motion to dismiss and brief in support (Documents 21 and 22)(Doc. 27). Plaintiffs move the Court to strike these documents because they not conform to the required formats and are not intelligible. The Court agrees. Said motion is **GRANTED**. The Court **STRIKES** Defendants' motion to dismiss and brief in support. The Court **ALLOWS** Defendants leave to re-file these documents *instanter*.

> **IT IS SO ORDERED.**

> Signed this 24th day of January, 2007.

<u>/s/          David  RHerndon</u>
**United States District Judge**