# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BESSIE MAE BURGESS**
and **HOSIE BURGESS**, Individually,
and on behalf of their son,
Hosie Burgess, Jr.,

       **Plaintiffs,**

v.                                                **CIVIL ACTION NO. 06-CV-670-DRH**

**THE CITY OF ALTON, DONALD E.
SANDRIDGE, CHRIS SULLIVAN,
ROGER WEST, JASON SIMMONS,
GARY CRANMER, and TIMOTHY
BOTTERBUSH**, In their Individual
and Official Capacities,

       **Defendants.**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.**  This action came to hearing before the Court on Defendants' Motions to Dismiss.

       **IT IS ORDERED AND ADJUDGED** that the motions are **GRANTED.**  Judgment is entered in favor of Defendants **CITY OF ALTON, DONALD E. SANDRIDGE, CHRIS SULLIVAN, ROGER WEST, JASON SIMMONS, GARY CRANMER** and **TIMOTHY**

**BOTTERBUSH** and against Plaintiffs **BESSIE MAE BURGESS** and **HOSIE BURGESS**.-----

                                        **NORBERT G. JAWORSKI, CLERK**

June 7, 2007                              BY:   /s/Patricia Brown
                                                                          Deputy Clerk

APPROVED:  /s/   David   RHerndon
                 **U.S. DISTRICT JUDGE**