UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BESSIE MAE BURGESS and HOSIE BURGESS, individually, and on behalf of their son, Hosie Burgess, Jr., | )<br>)<br>) |
| Plaintiffs, | ) District Court No.<br>) 3:06-cv-00670-DRH-DGW |
| vs. | ) Appellate Court No. 07-2580 |
| THE CITY OF ALTON, DONALD E. SANDRIDGE, CHRIS SULLIVAN, ROGER WEST, JASON SIMMONS, GARY CRANMER, and TIMOTHY BOTTERBUSH, In their Individual and Official Capacities, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF CERTIFICATION PURSUANT TO CIRCUIT RULE 57

This cause is before me on Plaintiffs' (Petitioners') Petition for Approval of Minor Settlement and Motion for Relief from Judgment under F.R.C.P. rule 60(b)(5) and for issuance of an order of certification pursuant to Circuit Rule 57.

Upon due consideration, I am inclined to grant the motion for relief from judgment. I therefore GRANT the Motion for an order of certification pursuant to Circuit Rule 57 and request the United States Court of Appeals for the Seventh Circuit to remand this case for the purpose of entering a revised judgment, approving the minor settlement and dismissing the case with prejudice.

The motion for relief from judgment will be held in abeyance pending remand by the Court of Appeals.

December 14, 2007

/s/ David R Herndon
Chief Judge
United States District Court