UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BESSIE MAE BURGESS and HOSIE BURGESS, individually, and on behalf of their son, Hosie Burgess, Jr., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:06-cv-00670-DRH-DGW |
| THE CITY OF ALTON, DONALD E. SANDRIDGE, CHRIS SULLIVAN, ROGER WEST, JASON SIMMONS, GARY CRANMER, and TIMOTHY BOTTERBUSH, In their Individual and Official Capacities, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO SEAL DOCUMENT

Now come the defendants, the City of Alton, Donald E. Sandidge, Chris Sullivan, Roger West, Jason Simmons, Gary Cranmer and Timothy Botterbush, and move this Court to seal the Petition for Approval of Minor Settlement entered into between all parties in order that the terms of said settlement can be effectuated and kept confidential as part of the settlement agreement. The parties also request that the proposed Order Approving Minor Settlement be filed as a sealed document for the same reasons as stated above.

WHEREFORE, the defendants, the City of Alton, Donald E. Sandidge, Chris Sullivan, Roger West, Jason Simmons, Gary Cranmer and Timothy Botterbush, pray that they be allowed to file the Petition for Approval of Minor Settlement as a sealed document and that the proposed Order Approving Minor Settlement be filed as a sealed document.

        THE CITY OF ALTON, DONALD E. SANDIDGE, CHRIS SULLIVAN, ROGER WEST, JASON SIMMONS, GARY CRANMER, and TIMOTHY BOTTERBUSH, Defendants

By: s/Christine G. McClimans
    Christine G. McClimans  #06203209
    Schrempf, Blaine, Kelly, Napp & Darr, Ltd.
    307 Henry Street, Suite 415
    P.O. Box 725
    Alton, Illinois  62002
    Telephone:     (618) 465-2311

Certificate of Service

I hereby certify that on the 29th day of January, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Bruce A. Carr; bcarr@rexcarr.com

s/Mary C. Wheeler