UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BESSIE MAE BURGESS and HOSIE BURGESS, individually, and on behalf of their son, Hosie Burgess, Jr., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:06-cv-00670-DRH-DGW |
| THE CITY OF ALTON, DONALD E. SANDRIDGE, CHRIS SULLIVAN, ROGER WEST, JASON SIMMONS, GARY CRANMER, and TIMOTHY BOTTERBUSH, In their Individual and Official Capacities, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Cause coming on for hearing on both Plaintiffs' and Defendants' Stipulation for Dismissal; the Court hereby dismisses all claims of plaintiffs against all defendants, with prejudice, each party to bear their own costs.

SO ORDERED.

Dated: January 29, 2008

/s/ *David R Herndon*
Chief Judge
United States District Court

1