## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BESSIE MAE BURGESS and HOSIE**
**BURGESS, individually, and on behalf**
**of their son, Hosie Burgess, Jr.,**

        **Plaintiff,**

      **vs.**                                   **Cause No. 06-CV-670 DRH**

**THE CITY OF ALTON, DONALD E.**
**SANDRIDGE, CHRIS SULLIVAN,**
**ROGER WEST, JASON SIMMONS,**
**GARY CRANMER, and TIMOTHY**
**BOTTERBUSH, In their Individual and**
**Official Capacities,**

        **Defendants**.

### JUDGMENT IN A CIVIL CASE

       The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

       **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                          **NORBERT G. JAWORSKI, CLERK**

February 4, 2008                     By:   s/Patricia Brown
                                         Deputy Clerk

APPROVED: /s/  DavidRHerndon
              **CHIEF JUDGE**
              **U.S. DISTRICT COURT**